# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

DONALD E. TANNEY, SR,

    Plaintiff,

-vs-                                Case No. 5:10-cv-311-Oc-18-TBM

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The Plaintiff seeks judicial review of the denial of his claims for Social Security disability benefits and Supplemental Security Income ("SSI") payments.[1] Because the decision of the Commissioner of the United States Social Security Administration is supported by substantial evidence and is in accordance with the correct legal standards, it is respectfully recommended that it be affirmed.

A.

Plaintiff was forty-seven years old at the time of his administrative hearing on January 23, 2008. (R. 32-33). He stands five feet, two inches tall and weighed 165 pounds at the hearing. (R. 49). Plaintiff has a ninth-grade education and past relevant work as a mechanic. (R. 33, 34, 126-27, 130). Plaintiff applied for disability benefits and SSI payments in December 2005, alleging disability as of

---

[1] This matter comes before the undersigned pursuant to the Standing Order of this court dated August 28, 1987. *See also* M.D. Fla. R. 6.01(c)(21).

*Approved & So Ordered*
*14 Aug 11*
*G. KENDALL SHARP*
*U.S. DISTRICT JUDGE*